IN THE UNITED STATES DISTRICT COURT FOR THE **RECEIVED**
__Middle__ DISTRICT OF __Tennessee__ IN CLERK'S OFFICE

JUN 28 2013

U.S. DISTRICT COURT
M.D. DIST TENN

__Kenneth Jerome Baltimore__,

Petitioner,

vs.                                                    Crim.No. __3:09-cr-00032-1__ *ORDER*

*Because the Defendant is a career offender the amended guideline does not apply to this Defendant. United States v. Pembrooke, 609 F.3d 381, 387 (6th Cir. 2010). Thus, the motion is DENIED.*

UNITED STATES OF AMERICA,

Respondant.

*[signature]
12-18-13*

PETITIONER'S MOTION UNDER 18 U.S.C. §3582(c)(2)
TO MODIFY OR REDUCE TERM OF IMPRISONMENT PURSUANT TO
U.S.S.G §1B1.10(c), AMENDMENT 750 & 591

Your Petitioner, __Kenneth Jerome Baltimore__, pro se, and pursuant to 18 U.S.C §3582(c)(2), and United States v. Blewett, etal, Appeal No. 12-5226/5582 (6th Cir. May 17, 2013), respectfully moves this Honoraable Court to reduce his __120__ month imprisonment term, after considering the factors in 18 U.S.C. §3553(a). Your Petitioner prays that this motion be GRANTED and a RESENTENCING hearing scheduled.

I. FACTUAL BACKGROUND

1. Conviction. Your Petitioner was convicted of __21 U.S.C. § 846,__ __21 U.S.C. § 841 (a) (1)__ in violation of 21 U.S.C § 841(a) and/or §846,

2. Sentencing. On __3-4-2011__, Your petitioner was sentenced to a term of __120__ months imprisonment.

3. Release Date. your Petitioner is scheduled for release on or about __February 13__, __2018__. Your Petition is incarcerated at F.C.I. Memphis, located at 1101 John Denie Road, Memphis, Tennessee 38134.

1.